**Marc S. CASON, Sr., Plaintiff–
Appellant,**

v.

**Richard WEEKS; Robert Thomas;
Maryland Division of Corrections;
E.M.S.A., Defendants–Appellees.**

No. 08–6839.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2008.

Decided: July 28, 2008.

Marc S. Cason, Sr., Appellant Pro Se.

Before WILKINSON, MOTZ, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Marc S. Cason, Sr., appeals the district
court's order dismissing his 42 U.S.C.
§ 1983 (2000) complaint. We have re-
viewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *See Ca-
son v. Weeks,* No. 1:08–cv–00946–CCB
(D.Md. May 7, 2008). Because the district

court's dismissal was Cason's third strike
under the Prison Litigation Reform Act,
28 U.S.C. § 1915 (2000) ("PLRA"),* Cason
may not proceed in forma pauperis in any
civil action or appeal filed while he is incar-
cerated or detained in any facility unless
he is under imminent danger of serious
physical injury. *See* 28 U.S.C. § 1915(g)
(2000). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*

---

* Although the district court's order indicates
that its dismissal constituted Cason's second
PLRA strike, a review of Cason's numerous
lawsuits reveals that Cason was previously
issued two strikes. *See Cason v. Maryland
Div. of Corr.,* No. 06–cv–2032 (D.Md. filed
Aug. 21, 2006; entered Aug. 22, 2006) (sec-
ond strike); *Cason v. Maryland Div. of Parole
and Probation,* No. 06–cv1186 (D.Md. May 17,
2006) (first strike).